## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## U.S. District Court for the District of New Jersey

DAVID MOBLEY

                        Plaintiff,

v.                                            Case No.: 1:22–cv–06640–RMB–MJS
                                                Chief Judge Renée Marie Bumb

APPLE AMERICAN GROUP, LLC

                        Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 13th day of July, 2023,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


                /s/ Renée Marie Bumb
                _____
                RENÉE MARIE BUMB Chief United States District Judge